LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05444 GAF (CTx) | Date | August 27, 2009 |
|---|---|---|---|
| Title | Atighi v. GRP Financial Services Corp. et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| None | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

## ORDER TO SHOW CAUSE

Pro se plaintiff Andy Atighi ("Plaintiff") filed the present lawsuit against defendants GRP Financial Services Corp., Cal-Western Reconveyance Corp. ("Cal-Western"), WMC Mortgage Corp. ("WMC"), and Does 1 through 100 based on diversity jurisdiction, 28 U.S.C. § 1332. Upon reviewing the Complaint, the Court has determined that the jurisdictional allegations are insufficient to confer subject matter jurisdiction.

The Complaint alleges that Plaintiff resides in the state of California. (Compl. ¶ 4, at 6.) Plaintiff, however, must plead his state of *citizenship* because residency and citizenship are two different inquiries. Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001). Moreover, a corporation is a citizen of its state of incorporation as well as the state in which it maintains its principal place of business. 28 U.S.C. § 1332(c)(1). Thus, Plaintiff must plead the state of incorporation and principal place of business of each corporate defendant in this case. See United States v. Aldridge, 56 F.3d 73, 1995 WL 267638, at *1 (9th Cir. 1995) (table decision) (citing Fifty Assocs. v. Prudential Ins. Co. of Am., 446 F.2d 1187, 1190 (9th Cir. 1970)). Plaintiff has not done so with respect to Cal-Western, instead pleading only that Cal-Western is "organized under the laws" of Georgia and "authorized to do business" in California. (Compl. ¶ 3, at 6.)

In addition, diversity jurisdiction requires *complete* diversity, meaning that Plaintiff cannot be a citizen of the same state as any defendant in this case. The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-05444 GAF (CTx) | Date | August 27, 2009 |
|---|---|---|---|
| Title | Atighi v. GRP Financial Services Corp. et al. | | |

Complaint, however, indicates that WMC is a citizen of California. (Compl. ¶ 2, at 5.) If Plaintiff is also a citizen of California, he cannot invoke this Court's jurisdiction on diversity grounds so long as WMC is a litigant in this lawsuit.

     Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than *Friday, September 11, 2009* why this action should not be dismissed for lack of subject matter jurisdiction. If Plaintiff is indeed a citizen of California, he may not invoke this Court's diversity jurisdiction, in which case he may either voluntarily dismiss his claims and re-file them in state court, or amend his complaint and plead some other basis for federal jurisdiction.

     Plaintiff's failure to respond to this Order to Show Cause by the specified date *will be treated as Plaintiff's consent to dismissal of this lawsuit*. Plaintiff may satisfy this Order to Show Cause by filing an amended complaint that adequately addresses deficiencies outlined above.

     **IT IS SO ORDERED.**